NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VPR BRANDS, LP,**
*Plaintiff-Appellee*

v.

**SHENZHEN WEIBOLI TECHNOLOGY CO. LTD., YLSN DISTRIBUTION LLC, ECTO WORLD LLC, SAFA GOODS LLC, D&A DISTRIBUTION LLC, UNISHOW (U.S.A.), INC., SV3 LLC, KINGDOM VAPOR INC.,**
*Defendants-Appellants*

---

2023-1544

---

Appeal from the United States District Court for the Southern District of Florida in No. 9:22-cv-81576-AMC, Judge Aileen M. Cannon.

---

**ON MOTION**

---

Before LOURIE, PROST, and WALLACH, *Circuit Judges*.

WALLACH, *Circuit Judge*.

**O R D E R**

2  VPR BRANDS, LP v. SHENZHEN WEIBOLI TECHNOLOGY CO. LTD.

Appellants move for a stay, pending appeal, of the preliminary injunction issued by the United States District Court for the Southern District of Florida.

Rule 8(a)(2) of the Federal Rules of Appellate Procedure authorizes this court to stay an injunction pending appeal. Our determination is governed by four factors: (1) whether the movant has made a strong showing of a likelihood of success on the merits; (2) whether the movant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies. *See Nken v. Holder*, 556 U.S. 418, 434 (2009).

Based on the papers submitted, and without prejudicing the ultimate disposition of this case by a merits panel, we conclude that Appellants have not established that a stay of the injunction pending appeal is warranted here.

Accordingly,

IT IS ORDERED THAT:

The motion (ECF No. 3) is denied.

FOR THE COURT

April 11, 2023      /s/ Peter R. Marksteiner
   Date             Peter R. Marksteiner
                    Clerk of Court

cc: United States District Court for the Southern District of Florida