# United States Court of Appeals for the Federal Circuit

---

**VPR BRANDS, LP,**
*Plaintiff-Appellee*

**v.**

**SHENZHEN WEIBOLI TECHNOLOGY CO. LTD., YLSN DISTRIBUTION LLC, ECTO WORLD LLC, D&A DISTRIBUTION LLC, UNISHOW (U.S.A.), INC., SV3 LLC, KINGDOM VAPOR INC.,**
*Defendants-Appellants*

**SAFA GOODS LLC,**
*Defendant*

---

2023-1544

---

Appeal from the United States District Court for the Southern District of Florida in No. 9:22-cv-81576-AMC, Judge Aileen M. Cannon.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**VACATED AND REMANDED**

FOR THE COURT

August 14, 2024
Date

Jarrett B. Perlow
Clerk of Court